UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WARREN PALMER III (#318473)                          CIVIL ACTION

VERSUS

BURL CAIN, ET AL.                                    NO. 07-0461-B-M2

O R D E R

This matter comes before the Court on the plaintiff's Motion to Compel Discovery, rec.doc.no. 14, pursuant to which he seeks to compel the defendants to provide him with Court-ordered discovery in accordance with the Court's Order of September 5, 2007, rec.doc.no. 7. However, by Order entered December 27, 2007, rec.doc.no. 16, the Court has stayed discovery in this proceeding pending a ruling on the defendants' Motion to Dismiss, which motion asserts the defense of qualified immunity. Further, the plaintiff has been provided with a copy of the record of his administrative grievance, and the Court is not convinced by his argument that the defendants have waived their right to object to discovery because of their failure to file a timely response or objection thereto. The rule cited by the plaintiff in support of this argument is more applicable to discovery conducted <u>between</u> parties and is not applicable to Court-ordered disclosures. <u>See</u> Rule 34 of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS ORDERED** that the plaintiff's Motion to Compel Discovery, rec.doc.no. 28, be and it is hereby **DENIED.**

Signed in chambers in Baton Rouge, Louisiana, January 9, 2008.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**