UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WARREN PALMER III (#318473)**                             **CIVIL ACTION**

**VERSUS**                                                  **BY CONSENT**

**BURL CAIN, ET AL.**                                       **NO. 07-0461-B-M2**

**O R D E R**

    This matter comes before the Court on the petitioner's Motion for Reconsideration, rec.doc.no. 26, wherein he requests reconsideration of the Court's Ruling of March 10, 2008.  Interpreting the petitioner's request as a motion for new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure, the Court finds no basis for the grant of same and concludes that the motion should be denied.  Accordingly,

    **IT IS ORDERED** that the petitioner's Motion for Reconsideration, rec.doc.no. 26, be and it is hereby **DENIED.**

    Signed in chambers in Baton Rouge, Louisiana, .April 2, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**